UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00065

**Vernon Leandis Charles,**
*Petitioner,*

v.

**Director, TDCJ,**
*Respondent.*

# ORDER

Petitioner Vernon Leandis Charles, an inmate of the Texas Department of Criminal Justice, proceeding pro se, filed this petition for the writ of habeas corpus challenging the legality of his conviction and the calculation of his good-time and work-time credits as they relate to parole eligibility or the duration of his sentence. The case was referred to United States Magistrate Judge John D. Love. Doc. 2.

After review of the pleadings, the magistrate judge issued a report recommending that the petition be dismissed as successive as to petitioner's challenge to his conviction and dismissed as without merit as to the claims concerning good-time and work-time credits. Petitioner received a copy of the magistrate judge's report on March 30, 2022, but no objections have been received.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The petitioner's challenge to the legality of his conviction is dismissed with prejudice as successive until such time as petitioner receives permission from the Fifth Circuit Court of Appeals to file a successive petition. Petitioner's claims concerning his good-time and work-time credits are dismissed with prejudice as without merit. A certificate of appeal is denied sua sponte.

- 2 -

*So ordered by the court on May 24, 2022.*

J. CAMPBELL BARKER
United States District Judge